**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Mazen Hasan Agha

                    Plaintiff,

v.                                                 Case No.: 1:22–cv–01360
                                                      Honorable Sara L. Ellis

Point Financial Solutions, LLC, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 12, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal [29], the Court dismisses Plaintiff's individual claims against Defendants Point Financial Solutions LLC, Kurt Strittmatter, Ideal Funding LLC, and Andrew Strittmatter with prejudice and with each party to bear their own costs and fees. The Court dismisses Plaintiff's class claims without prejudice and without costs against Defendants Point Financial Solutions LLC, Kurt Strittmatter, Ideal Funding LLC, and Andrew Strittmatter. Finally, the Court dismisses Plaintiff's claims against John Does 1–20 without prejudice and without costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.